DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSHUA SIMPSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3412

[January 4, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Jeffrey Dana Gillen, Judge; L.T. Case Nos. 502016CF005153 and 502018CF006513A.

Gregg Lerman, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***